IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL/NORTHERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
14 JUL 99 AM 8:48
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Date: 7/13/99    Time: 4:09 PM    Mag: David Nuffer

Patricia Kent

    Plaintiff,    Case No. 2:99 CV 215 C

vs.

Utah State Board of Education    SCHEDULING ORDER

    Defendant.

Pursuant to Fed.R. Civ P. 16(b), **Magistrate Judge David Nuffer** conducted a scheduling conference this date in the matter cited above. The following matters were discussed and scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause:

**\*\*ALL TIMES 5 PM UNLESS INDICATED\*\***

| | | DATE | TIME |
|---|---|---|---|
| I. | PLEADINGS/MOTIONS: | | |
| a. | Cutoff for Amended Pleadings (Includes Addition of Parties) | *P-9/15/99* *D-9/15/99* | |
| b. | Cutoff for Dispositive Motions | *3/30/2000* | |
| II | DISCLOSURE | | |
| a. | Was Rule 26(f)(1) Conference held? | *Yes* | |
| b. | Was 26(a)(1) Initial Disclosure Completed? | *P-7/26/99* *D-7/26/99* | |
| c. | Has Attorney Planning Meeting Form been submitted? | *Yes* | |
| d. | Date(s) for Other 26(a)(1) proceedings | | |
| e. | Rule 26(a)(2) Reports from Retained Experts[1] | | |
| |     Plaintiff(s) | *2/16/2000* | |
| |     Defendant(s) | *3/16/2000* | |
| |     Counter Reports | *na* | |

8

SCHEDULING ORDER -2

| | | | DATE | TIME |
|---|---|---|---|---|
| | f. | Rule 26(a)(3) Pretrial Disclosures[2] | | |
| | | Plaintiff(s) | *3/30/2000* | _____ |
| | | Defendant(s) | *4/15/2000* | _____ |
| III. | DISCOVERY CUTOFF | | *3/30/2000* | _____ |
| IV. | DISCOVERY STIPULATIONS AND ORDERS | | _____ | _____ |
| V. | PRETRIAL CONFERENCES: | | | |
| | a. | Special Attorney Conference[3] | *9/7/2000* | _____ |
| | b. | Settlement Conference | *9/7/2000* | _____ |
| | c. | Final Supplementation | *8/31/2000* | _____ |
| | d. | Final Pretrial Conference | *9/21/2000* | 3:00 p.m. |

| | | | LENGTH | TIME | DATE |
|---|---|---|---|---|---|
| VI. | TRIAL | | | | |
| | a. | Bench Trial | | | |
| | b. | Jury Trial | *5 days* | *8:30 am* | *10/16/2000* |
| | | Jurors: | Six | Twelve ✔ | |

| | | | | NUMBER |
|---|---|---|---|---|
| VII. | ALTERNATIVE DISPUTE RESOLUTION | | | |
| | a. | Referral to Court-Annexed Mediation | *NO* | |
| | b. | Referral to Court-Annexed Arbitration | *NO* | |
| VIII. | LIMITATIONS ON DISCOVERY | | | NUMBER |
| | a. | Maximum Number of Depositions by Plaintiff(s) | | *15* |
| | b. | Maximum Number of Depositions by Defendant(s) | | *15* |
| | c. | Maximum Number of Hours for Taking Depositions (unless extended by agreement of parties, and excluding Plaintiff) | | *7 hours max per deposition* |
| | d. | Maximum Interrogatories by and Party to any Party | | *40* |
| | e. | Maximum requests for admissions by any Party to any Party | | *25* |

SCHEDULING ORDER -3

IX. OTHER MATTERS:

a. **Nature of Claim:**

b. **Settlement Potential:**

c. **Other:**

Appearances by Plaintiff(s): Stephen W. Cook

Appearances by Defendant(s): Grant Sumsion

Dated this ₁₃ day of July, 1999.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge

1. The identity of experts and the subject of their testimony shall be disclosed as soon as an expert is retained or, in the case of an employee-expert, as soon as directed to prepare a report.

2. Any demonstrative exhibits or animations must be disclosed and exchanged with the 26(a)(3) disclosures.

3. At the Special Attorneys Conference, counsel will agree on voir dire questions, jury instructions, a pre trial order and discuss the presentation of the case. Witnesses will be scheduled to avoid gaps and disruptions. Exhibits will be marked in a way that does not result in duplication of documents. Any special equipment or courtroom arrangement requirements will be included in the pre-trial order.

I:\IPT\Kent v State Board 99 cv 215 C.wpd

kam

United States District Court
for the
District of Utah
July 14, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re: 2:99-cv-00215

True and correct copies of the attached were mailed by the clerk to the following:

Mr. Stephen W. Cook, Esq.
STEPHEN W COOK PC
323 S 600 E STE 200
SALT LAKE CITY, UT 84102
JFAX 9,5958614

Grant M. Sumsion, Esq.
UTAH ATTORNEY GENERAL'S OFFICE
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT 84114-0856
JFAX 9,3660101