STEPHEN W. COOK, USB#0720
STEPHEN W. COOK, P.C.
Attorney for Plaintiff
323 South 600 East, Suite 200
Salt Lake City, Utah 84102
Telephone: (801) 595-8600
Telefax: (801) 595-8614

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATRICIA KENT, | |
| Plaintiff, | **ORDER** |
| v. | |
| UTAH STATE BOARD OF EDUCATION; et al., | Civil No. 2:99 CV 215C |
| Defendants. | Assigned to the Hon. Tena Campbell |

Based upon the Stipulation and Motion of the parties, the Court finds and concludes that the Motion to Extend the Dispositive Motion Cut Off Date to July 3, 2000, should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED, that the parties have until Monday, July 3, 2000, in which to file any dispositive motions in the case.

DATED this 14 day of June, 2000.

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
U.S. District Court Judge

United States District Court
for the
District of Utah
June 16, 2000

asb

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:99-cv-00215

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
Grant M. Sumsion, Esq.
UTAH ATTORNEY GENERAL'S OFFICE
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT  84114-0856
JFAX 9,3660101

Mr. Stephen W. Cook, Esq.
STEPHEN W COOK PC
323 S 600 E STE 200
SALT LAKE CITY, UT  84102
JFAX 9,5958614
```